IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SANTOSHA MADISON,

    Plaintiff,

    v.

DEPARTMENT OF JUVENILE
JUSTICE, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:18-CV-484-TWT

## ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 27] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss [Doc. 18]. The Plaintiff's Objections do not address the grounds stated by the Magistrate Judge in her recommendation. Eleventh Amendment immunity bars the Plaintiff's Americans With Disabilities Act claim against the Department of Juvenile Justice. The individual Defendants are not subject to an ADA claim for retaliation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 18] is GRANTED.

SO ORDERED, this 24 day of August, 2018.


				/s/Thomas W. Thrash
				THOMAS W. THRASH, JR.
				United States District Judge